UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00128-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **BILLY LEWIS DOUGLAS,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's letter of October 17, 2014, asking this court to reconsider its Judgment of October 7, 2014, in which this court sentenced defendant to nine months imprisonment. In his request, defendant states that he did not commit the supervised release violations and that the sentence is unfair. Upon reconsideration of the materials and arguments presented to the court, there is no merit to defendant's contention as it is clear that there is a factual basis for his admission and that the time imposed was appropriate in light of his conduct and other information that was considered at the hearing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's letter, considered to be a Motion to Reconsider (#36), is GRANTED, and upon reconsideration the Judgment (#35) is reaffirmed.

Signed: November 14, 2014

Max O. Cogburn Jr.
United States District Judge